Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Daniel James Wallace II<br><br>*Defendant* | )<br>)<br>) Case No. 3:19-cr-144<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Daniel James Wallace II ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Assault with a Dangerous Weapon;
Discharge of a Firearm During and in Relation to a Crime of Violence

Date: 08/22/2019

/s/ Ashley Sanders
*Issuing officer's signature*

Ashley Sanders, Deputy Clerk
*Printed name and title*

City and state:   Fargo, ND

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| DANIEL JAMES WALLACE II | Violations:  18 U.S.C. §§ 113(a)(3), 924(c)(1)(A)(iii), and 1153 |

COUNT ONE

**Assault with a Dangerous Weapon**

The Grand Jury Charges:

On or about November 24, 2016, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DANIEL JAMES WALLACE II,

an Indian, assaulted Shannon Dugdale with a dangerous weapon, namely, a firearm, with intent to do bodily harm to Dugdale;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT TWO

### Discharge of a Firearm During and in Relation to a Crime of Violence

The Grand Jury Further Charges:

On or about November 24, 2016, in the District of North Dakota,

### DANIEL JAMES WALLACE II

did knowingly discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Assault with a Dangerous Weapon, as set forth in Count One above;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Nicholas W. Chase
NICHOLAS W. CHASE
First Assistant United States Attorney

JTR/vt